# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-066-LDG |
| v. | **ORDER** |
| ASHLEY BRANDON FOYLE, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Ashley Brandon Foyle's Unopposed Motion for Early Termination of Probation (#26) is GRANTED;

THE COURT FURTHER **ORDERS** that, pursuant to 18 U.S.C. §3564(c), Defendant Ashley Brandon Foyle's probation is terminated.

DATED this 19 day of October, 2012.

_____
Lloyd D. George
United States District Judge