# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY BRANDON FOYLE,<br><br>    Defendant. | Case No. 2:11-cr-066-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant Ashley Brandon Foyle's Unopposed Motion for Early Termination of Probation (#26) is GRANTED;

THE COURT FURTHER **ORDERS** that, pursuant to 18 U.S.C. §3564(c), Defendant Ashley Brandon Foyle's probation is terminated.

DATED this \_\_19\_\_ day of October, 2012.

_____
Lloyd D. George
United States District Judge